Joseph J. Cassata, Appellant, v State of New York et al., Respondents, et al., Defendant.

Decided June 26, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Chief Judge LIPPMAN and Judge PIGOTT taking no part.